UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY ALCINDOR,

    Plaintiff,

v.                                                       Case No: 8:20-cv-1620-CEH-AEP

LOUIS DEJOY,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

THIS MATTER is before the Court *sua sponte* regarding scheduling mediation. Pursuant to the order entered by District Judge Charlene E. Honeywell, this case has been referred to the undersigned to conduct a mediation. (Dkt. 27.) Accordingly, it is

**ORDERED**:

1.     A mediation conference is scheduled for July 15, 2021, at 9:30 AM before the undersigned. The conference shall be conduced via Zoom videoconference. The Clerk will be sending everyone an invitation to the mediation conference via email. Although the conference is taking place by video, all parties should dress appropriately for this Court proceeding. Furthermore, the parties are hereby reminded that under Local Rule 5.01 the taking of photographs, the operation of recording or transmission devices, and the broadcasting or televising of proceedings in any courtroom or hearing room of this Court, or the environs thereof, either while the Court is in session or at

recesses between sessions when Court officials, lawyers, jurors, witnesses or other persons connected with judicial proceedings of any kind are present, are prohibited.

2. The mediation conference shall be conducted in accordance with this order and the Local Rules regarding mediation.

3. Each attorney acting as lead trial counsel, and each party (and in the case of a corporate party, a corporate representative) with full authority to settle, shall attend and participate in the mediation conference.

4. Not less than **three business days** prior to the mediation conference, each party shall provide the undersigned with a written mediation statement, which must include the following: a summary of the facts and issues of the case; a statement outlining the parties' respective positions concerning the claims and defenses of the case; and a statement concerning all relief requested, including monetary demands. The mediation statement must be mailed directly to the Chambers of Magistrate Judge Julie S. Sneed, 801 N. Florida Avenue, Suite 11A, Tampa, FL 33602, or e-mailed directly to Chambers_FLMD_Sneed@flmd.uscourts.gov. The summary must be treated as a confidential communication, and its contents must not be disclosed.

5. Participants shall be prepared to spend as much time as may be necessary to settle the case. No participant may compel the early conclusion of a mediation because of travel or another engagement. Only the undersigned may declare an impasse or end the mediation.

**DONE** and **ORDERED** in Tampa, Florida on June 15, 2021.

                                        JULIE S. SNEED
                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Plaintiff, *pro se*