UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Alcinor v. Dejoy et al
8:20-cv-01620-CEH-AEP

| **Date**: July 15, 2021 | **Court Reporter**: **Shayna Montgomery** (Initial Session Only) |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 9:38 AM – 11:49 AM \| Total: 2 hrs and 11 Mins | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Terry Alcindor, Pl. | Erin Choi Esq. |

| **Settlement Conference** |
|---|

Plaintiff present and Defendant present with their respective client Jason Hardy (Defendant's corporate representative). All parties appeared by Zoom videoconference.

Opening session in main Zoom meeting room.

Break-out sessions with respective parties in Zoom break out rooms.

9:38 AM - 11:49 AM: On the record

Mediation continued until August 4, 2021 at 10am.