UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

Alcinor v. Dejoy et al
8:20-cv-01620-CEH-AEP

| **Date**: August 4, 2021 | **Court Reporter**: N/A |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 10:02 AM – 11:27 AM \| Total: 1 hr and 25 Mins | **Deputy Clerk**: Clara Reaves |
| **Plaintiff's Counsel** | **Defense Counsel** |
| Terry Alcindor, Pl. | Erin Choi Esq. |

| **Settlement Conference** |
|---|
| Plaintiff present and Defendant present with their respective client James Reed (Defendant's corporate representative). All parties appeared by Zoom videoconference. |
| Parties identified themselves for the record. |
| Break-out sessions with respective parties in Zoom break out rooms. |
| 10:02 AM - 11:27 AM: On the record |
| Mediation continued until August 23, 2021 at 2pm. |